Order entered November 25, 2013



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01306-CV

**SEVEN HILLS COMMERCIAL, LLC, Appellant**

**V.**

**MIRABEL CUSTOM HOMES, INC., ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-1206312D**

## ORDER

We **GRANT** appellees' November 18, 2013 agreed motion for an extension of time to file their brief. We **ORDER** the brief tendered to this Court by appellees on November 22, 2013 filed as of the date of this order.

/s/    ADA BROWN
       JUSTICE